UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

vs.                                Case No. 2:03-cr-75-FTM-29SPC

JASON MURRAY

_____

### OPINION AND ORDER

This matter is before the Court on a Joint Stipulation Regarding Retroactive Application of Revised Cocaine Base Sentencing Guidelines (Doc. #56) was filed on January 7, 2009, deemed to be a motion for reduction of sentence.  Defendant seeks a reduction in his sentence in light of Amendment 706 to the United States Sentencing Guidelines, which reduces the base offense level for cocaine base offenses by two levels.

After review of the court file, Presentence Report, supplement to the Presentence Report, and Joint Stipulation, the Court agrees that defendant is eligible for a sentence reduction and that such a reduction should be granted in the exercise of the Court's discretion.  While defendant's disciplinary record in prison makes the exercise of discretion a close question, the Court will accept the government's stipulation that the request should be granted. The Court also agrees that a reduction from the original 84 months imprisonment to 70 months imprisonment is appropriate.  Therefore, in the exercise of its discretion, the Court will apply the Amendment 706 reduction to defendant, and will impose a sentence at the low end of the newly calculated Sentencing Guidelines range.

Accordingly, it is now

**ORDERED AND ADJUDGED:**

1.    The Joint Stipulation Regarding Retroactive Application of Revised Cocaine Base Sentencing Guidelines (Doc. #56), deemed to be a motion for reduction of sentence, is **GRANTED** as set forth below.

2.    The Clerk of the Court shall enter an Amended Judgment reducing the sentence imposed to 70 months imprisonment, and otherwise leaving all other components of the sentence as originally imposed.   This order is subject to the prohibition contained within U.S.S.G. § 1B1.10(b)(2)(c) which provides that "[i]n no event may the reduced term of imprisonment be less than the term of imprisonment the defendant has already served.".

**DONE AND ORDERED** at Fort Myers, Florida, this   9th   day of January, 2009.

JOHN E. STEELE
United States District Judge

Copies:
AUSA Molloy
FPD (Geiger)
U.S. Probation
U.S. Marshal

2